# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 15-30484** |
| **STEVE D. BRASSINGTON** | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | |

## AMENDMENT TO SCHEDULES B & C

Comes the Debtor, Steve D. Brassington, by counsel, and makes application for leave to amend her *Schedules B & C,* and states that her original schedules failed to identify a bank account (Stock Yards Bank ending in x1616). The Debtor hereby states that she neglected to identify the account due to inadvertence and error. Therefore, the Debtor's schedules should be amended as follows:

The Debtor's original *Schedule B* failed to list the following personal property:

   *Stock Yards Bank (x1616), balance of $100.01*

The Debtor's original *Schedule C* should have claimed:

   *11 USC § 522(d)(5) exemption in the amount of $100.01*

I, Steve D. Brassington, the Petitioner named in the instant amendment, certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

   EXECUTED THIS 19th DAY OF NOVEMBER 2015.

                              /s/ *Steve D. Brassington*
                              Steve D. Brassington, Debtor

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of this amendment was served electronically or by U.S. Mail, first class and postage prepaid, to the following persons/entities on this 19th day of November 2015.

    Hon. Michael L. Baker

    U.S. Trustee's Office

    /s/ *John C. Robinson*
John C. Robinson
ROBINSON SALYERS, PLLC
909 Main Street
Shelbyville, KY 40065
Tel: (502) 633-3636
Fax: (502) 633-6762
john@robinsonsalyers.com
*Counsel for Debtor*